IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01879-MSK-BNB

BROADCAST MUSIC, INC.,
SONY/ATV SONGS LLC, d/b/a SONY/ATV MELODY,
SONY/ATV SONGS LLC,
UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL, INC.,
EMBASSY MUSIC CORPORATION,
PEER INTERNATIONAL CORPORATION,
DEVO, INC., d/b/a DEVO MUSIC, and
EMI VIRGIN SONGS, INC.,

Plaintiffs,

v.

LEELA EUROPEAN CAFÉ, LLC, d/b/a LEELA EUROPEAN CAFÉ, and
RONEN BEN-ARI, individually,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before October 30, 2009, the parties shall file a motion to administratively close the case, pursuant to D.C.COLO.LCivR 41.2, or a stipulation or motion to dismiss, pursuant to Fed. R. Civ. P. 41(a).

Dated October 16, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge